Vaughn A. Crawford (NV Bar No. 7665)
Joshua D. Cools (NV Bar No. 11941)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: 702-784-5200
Facsimile:  702-784-5252
vcrawford@swlaw.com
jcools@swlaw.com

Christopher P. Norton (SBN 234621) (*pro hac vice pending*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile:  310-586-3202
cpnorton@mintz.com

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>  Plaintiff,<br><br>vs.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>  Defendants. | CASE NO.: 2:18-cv-01654-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed: _August 30, 2018 |

The parties submit the following Stipulation to allow Defendants Stryker Corporation and Stryker Sales Corporation ("Defendants") thirty (30) additional days from the current response deadline of October 1, 2018 to respond to Plaintiff Ryan Q. Claridge's ("Plaintiff") Complaint filed on August 30, 2018.  Pursuant to the agreement of the parties, Defendants shall have until October 31, 2018 to file a responsive pleading to Plaintiff's Complaint.

This is the parties' first request for an extension.

DATED this 27th day of September, 2018.

| GLEN LERNER INJURY ATTORNEYS | SNELL & WILMER L.L.P. |
|---|---|

By: */s/ Corey M. Eschweiler*
Corey M. Eschweiler (NV Bar No. 6635)
4795 South Durango Drive
Las Vegas, Nevada 89147

*Attorney for Plaintiff*

By: */s/ Joshua D. Cools*
Vaughn A. Crawford (NV Bar No. 7665)
Joshua D. Cools (NV Bar No. 11941)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958

Christopher P. Norton (SBN 234621)
(*pro hac vice pending*)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

*Attorney for Defendants*
*Stryker Corporation and Stryker Sales*
*Corporation*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2018