Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 S. Fort Apache Rd.
Las Vegas, NV 89135
(702) 942-3900
(702) 942-3901 Fax
kbrown@brownbonn.com
jnorthway@brownbonn.com

Attorneys for Defendant
I-FLOW, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>      Plaintiff,<br><br>v.<br><br>I-FLOW CORPORATION; a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation.<br>      Defendants. | CASE NO.: 2:18-CV-01654-GMN-PAL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants I-Flow, LLC, Stryker Corporation and Stryker Sales Corporation may have additional time to answer or otherwise respond to Plaintiff's complaint. Plaintiff's complaint was filed on August 30, 2018, and served on Defendants September 10, 2018. Plaintiff has agreed to an extension of time for Defendants to answer or otherwise respond to Plaintiff's complaint to Friday, November 16, 2018[1].

/ / /

---

[1] The parties had agreed to this extension prior to the expiration of the previous deadline which expired on October 31, 2018.

1       Good cause exists for this second request for an extension as counsel for Plaintiff and Defendants continue to engage in substantive meet and confer discussions concerning Defendants proposed challenges to various causes of action in the Complaint. Additional time is necessary to allow these meet and confer efforts to continue with the goal of potentially avoiding the filing of motions to dismiss portions of Plaintiff's Complaint. The parties will use this additional time in good faith and not to delay this action.

      This is the parties' second request for an extension.

Respectfully submitted,

DATED: November 1, 2018.     BROWN, BONN & FRIEDMAN, LLP

By: /s/ *Kevin A. Brown*
    Kevin A. Brown, Esq. (Bar #7621)
    Jill P. Northway, Esq. (Bar #9470)
    5528 S. Fort Apache Rd.
    Las Vegas NV 89135
    Attorneys for Defendant
    I-FLOW, LLC

DATED: November 1, 2018.     GLEN LERNER INJURY ATTORNEYS

By: /s/ *Corey M. Eschweiler*
    Corey M. Eschweiler. (Bar #6635)
    4795 South Durango Drive
    Las Vegas NV 89147
    Attorneys for Plaintiff

    Colin P. King, Esq. (UT Bar # 1815)
    DEWSNUP, KING, OLSEN, WOREL, HAVAS, MORTENSEN
    36 South State Street, Suite 2400
    Salt Lake City, UT 84111
    Attorneys for Plaintiff

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: November 1, 2018. | | SNELL & WILMER |

By: /s/ *Vaughn A. Crawford*
Vaughn A. Crawford (NV Bar No. 7665)
Joshua D. Cools (NV Bar No. 11941)
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169-5958

Christopher P. Norton (SBN 234621)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 9006
Attorneys for Defendants Stryker Corporation and Stryker Sales Corporation

**ORDER**

Pursuant to the parties' stipulation, defendants should answer or otherwise plead to plaintiff's complaint on or before Friday, November 16, 2018.

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

Dated: November 2, 2018