| | |
|---|---|
| 1 | Kevin A. Brown, Esq. (Bar #7621) |
| 2 | Jill P. Northway, Esq. (Bar #9470) |
|   | BROWN, BONN & FRIEDMAN, LLP |
| 3 | 5528 S. Fort Apache Rd. |
|   | Las Vegas, NV 89135 |
| 4 | (702) 942-3900 |
|   | (702) 942-3901 Fax |
| 5 | jnorthway@brownbonn.com |
| 6 | Attorneys for Defendant |
|   | I-FLOW, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN Q. CLARIDGE, | CASE NO.: 2:18-CV-01654-GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| I-FLOW CORPORATION; a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation. | **(Last Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Defendants I-Flow, LLC, Stryker Corporation, and Stryker Sales Corporation may have additional time to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's Complaint was filed on August 30, 2018, and served on Defendants on or about September 10, 2018. Plaintiff has agreed to an extension of time for Defendants to answer or otherwise respond to Plaintiff's complaint to December 7, 2018.

/ / /

/ / /

-1-

1     Good cause exists for this request for additional time to respond as counsel for Plaintiff and Defendants have engaged in extensive and substantive meet and confer discussions concerning the proposed challenges by Defendants to various causes of action in the Complaint. As a result of these meet and confer efforts, Plaintiff has agreed to dismiss his Third Cause of Action for Breach of Express Warranty. Additional time for Defendants to file a response is now necessary to allow these meet and confer efforts to continue and/or to allow sufficient time for the preparation of the appropriate motion to dismiss the remaining causes of action in the Complaint. The parties will use this additional time in good faith and not to delay this action.

    This will be the parties' last request for an extension to respond to the Complaint.

Respectfully submitted,

DATED: November 15, 2018.      BROWN, BONN & FRIEDMAN, LLP

By: /s/ *Jill P. Northway*

Jill P. Northway, Esq. (Bar #9470)
5528 S. Fort Apache Rd.
Las Vegas NV 89135
Attorneys for Defendant
I-FLOW, LLC

DATED: November 15, 2018.      GLEN LERNER INJURY ATTORNEYS

By: /s/ *Corey M. Eschweiler*

Corey M. Eschweiler. (Bar #6635)
4795 South Durango Drive
Las Vegas NV 89147
Attorneys for Plaintiff

Colin P. King, Esq. (UT Bar # 1815)
DEWSNUP, KING, OLSEN, WOREL, HAVAS, MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, UT 84111
Attorneys for Plaintiff

/ / /

DATED: November 15, 2018.    SNELL & WILMER

By: /s/ *Vaughn A. Crawford*
Vaughn A. Crawford (NV Bar No. 7665)
Joshua D. Cools (NV Bar No. 11941)
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169-5958

Christopher P. Norton (CA SBN 234621) [*Pro Hac Vice* Application to be submitted]
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
CPNorton@mintz.com
Attorneys for Defendants Stryker Corporation and Stryker Sales Corporation

## **ORDER**

Pursuant to the parties' stipulation, Defendants should answer or otherwise plead to Plaintiff's Complaint on or before Friday, December 7, 2018.

**IT IS SO ORDERED**.

United States Magistrate Judge

Dated: November 16, 2018