1  Vaughn A. Crawford (NV Bar No. 7665)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 East Van Buren Street, Suite 1900
3  Phoenix, AZ 85004-2202
   Telephone: 602-382-6000
4  vcrawford@swlaw.com

5  Joshua D. Cools (NV Bar No. 11941)
   SNELL & WILMER L.L.P.
6  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169-5958
7  Telephone: 702-784-5200
   Facsimile:  702-784-5252
8  jcools@swlaw.com

9  Christopher P. Norton (SBN 234621) (*Pro Hac Vice pending*)
   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
10 2029 Century Park East, Suite 3100
   Los Angeles, CA 90067
11 Telephone: 310-586-3200
   Facsimile:  310-586-3202
12 cpnorton@mintz.com

13 *Attorneys for Defendants*
   *Stryker Corporation and Stryker Sales Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>            Plaintiff,<br>vs.<br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>            Defendants. | CASE NO.: 2:18-cv-01654-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE DUE DATE FOR THE OPPOSITION AND REPLY BRIEFS PERTAINING TO DEFENDANTS' MOTION TO DISMISS AND STRIKE PORTIONS OF THE COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed: August 30, 2018 |

Given the holiday season and the schedules of counsel for all involved, the parties submit the following Stipulation to extend the deadlines for the current briefing schedule. Specifically, the parties have stipulated to allow Plaintiff Ryan Q. Claridge ("Plaintiff") and Defendants

4814-7047-4355.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Stryker Corporation, Stryker Sales Corporation, And I-Flow, LLC ("Defendants") additional time from the current opposition deadline of December 21, 2018 for Plaintiff to respond to Defendants' Motions to Dismiss and Strike Portions of Complaint [Dkt. Nos. 16 and 19 filed on December 7, 2018] ("Motions") and additional time from the current reply deadline of December 28, 2018 for Defendants to respond to Plaintiff's opposition. Pursuant to the agreement of the parties, Plaintiff shall have until January 14, 2019 to file an opposition to the Motions and Defendants shall have until January 25, 2019 to file a reply to Plaintiff's opposition. The Parties also request that their Rule 26 obligations be stayed until the briefing is complete with respect to the above.

This is the parties' first request for an extension of the current briefing schedule.

DATED this 19th day of December, 2018.

By: */s/ Corey M. Eschweiler*
Corey M. Eschweiler (NV Bar 6635)
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147

Colin P. King (UT Bar 1815)
DEWSNUP, KING, OLSEN, WOREL, HAVAS, MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, UT 84111

*Attorney for Plaintiff*
*Ryan Q. Claridge*

By: */s/ Jill P. Northway*
Kevin A. Brown (NV Bar 7621)
Jill P. Northway (NV Bar 9470)
BROWN, BONN & FRIEDMAN, LLP
5528 S. Fort Apache Rd.
Las Vegas, NV 89135

*Attorneys for Defendant*
*I-Flow, LLC*

By: */s/ Vaughn A. Crawford*
Vaughn A. Crawford (NV Bar 7665)
Joshua D. Cools (NV Bar 11941)
SNELL & WILMER
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169-5958

Christopher P. Norton (CA Bar 234621)
(*Pro Hac Vice pending*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

*Attorneys for Defendants Stryker Corporation and Stryker Sales Corporation*

**ORDER**

**IT IS SO ORDERED.**

DATED this \_\_21\_\_ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

- 2 -

4814-7047-4355.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE DUE DATE FOR THE OPPOSITION AND REPLY BRIEFS PERTAINING TO DEFENDANTS' MOTION TO DISMISS AND STRIKE PORTIONS OF THE COMPLAINT (FIRST REQUEST)** by the method indicated below and addressed as follows:

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

| | |
|---|---|
| Corey M. Eschweiler, Esq. (SBN 6635)<br>GLEN LERNER INJURY ATTORNEYS<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Telephone: (702) 877-1500<br>Facsimile: (702) 933-7043<br>ceschweiler@glenlerner.com<br>*Attorneys for Plaintiff* | Colin P. King (UT Bar No. 1815)<br>*(Admitted Pro Hac Vice)*<br>DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN<br>36 South State Street, Suite 2400<br>Salt Lake City, UT 84111<br>Telephone: (801) 533-0400<br>cking@dkowlaw.com<br>*Attorneys for Plaintiff* |

Kevin A. Brown, Esq. (SBN 7621)
Jill P. Northway, Esq. (SBN 9470)
Brown, Bonn & Friedman, LLP
5528 S. Fort Apache Road
Las Vegas, NV 89135
Telephone: (702) 942-3900
Facsimile: (702) 942-3901
jnorthway@brownbonn.com
*Attorneys for Defendant
I-Flow, LLC*

DATED this 19th day of December, 2018.    /s/ Julia M. Diaz_____
                                           An Employee of SNELL & WILMER L.L.P.