Corey M. Eschweiler, Esq. (Bar No. 6635)
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
ceschweiler@glenlerner.com

Colin P. King (UT Bar No. 1815)
(Pro Hac Vice)
cking@dkowlaw.com
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 533-0400
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>Plaintiff,<br><br>v.<br><br>I-FLOW CORPORATION; a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation.<br><br>Defendants. | CASE NO.: 2:18-CV-01654-GMN-BNW<br><br>**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES PENDING RESOLUTION ON MOTION TO AMEND THE SCHEDULING ORDER [DKT. NO. 60]** |

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 26-4 and IA 6-1, Plaintiff Ryan Claridge ("Plaintiff") and Defendants I-Flow, LLC, Stryker Corporation, and Stryker Sales Corporation (collectively, "Defendants"), hereby stipulate and jointly move the Court for an Order as follows:

WHEREAS the Court's March 5, 2019, Scheduling Order [Dkt. No. 39] ("Scheduling Order") set the following FRCP 26(a)(2) Disclosure of Expert deadlines:

1. **August 12, 2019** for Plaintiff's disclosure of expert witnesses;
2. **September 26, 2019** for Defendants' disclosures of expert witnesses; and
3. **October 26, 2019** for Plaintiff's disclosure of expert witnesses expected to offer rebuttal expert opinion testimony.

WHEREAS pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, "a schedule may be modified only for good cause and with the judge's consent";

WHEREAS the Parties have endeavored in good faith to comply with the deadlines set by this Court's Scheduling Order by diligently pursuing discovery since this action's inception. Particularly, by exchanging case-specific and standard production written discovery, and taking seven depositions in four different states. This Stipulation is not filed in lieu of Defendants Motion to Amend the Scheduling Order [Dkt. No. 60], and Defendants continue to maintain that additional time is necessary to complete discovery. Defendants hereby adopt Sections I-III of its Motion to Amend the Scheduling Order and supporting Declarations, which provides an introduction and relevant background, establishes good cause for seeking this extension, and outlines a comprehensive summary of discovery that has been completed against discovery that remains outstanding. By filing this Stipulation, Plaintiff does not consent to Defendants' Motion to Amend the Scheduling order and reserves any objections or arguments;

WHEREAS good cause exists to extend the FRCP 26(a)(2) Disclosure of Expert deadlines because:

1. The following key depositions have not yet taken place because of unavoidable scheduling conflicts and limited witness availability:
   a. Deposition of the PMK of Patriots, scheduled for August 12, 2019;
   b. Deposition of Plaintiff Ryan Claridge, scheduled for August 15, 2019;
   c. Deposition of Dr. Randall Yee, scheduled for August 21, 2019;
   d. Continued Deposition of Jerry Robinson, scheduled for August 29, 2019;
   e. Deposition of Dr. Ronald Koe, scheduled for September 20, 2019;
   f. Deposition of Dr. James Gardiner, not currently set as the Parties are searching for a date available to all the Parties;
   g. Deposition of Dr. Michael Metcalf, not currently set as the Parties are searching for a date available to all the Parties;
   h. Depositions of additional persons affiliated with organizations in the National Football League, not currently set as the Defendants are searching for a date available to all the Parties;
   i. Defendants anticipate taking as many as two dozen additional fact witness depositions, including the depositions of fact witnesses and other medical professionals that have yet to be disclosed or discovered; and
   j. Deposition of Defendants.
2. The testimony of the above-listed deponents is necessary before the Parties can designate experts.

WHEREAS Defendants have already filed a motion to amend the Scheduling Order to extend all deadlines, including the above mentioned FRCP 26(a)(2) Disclosure of Expert deadlines (the "Motion to Extend All Deadlines");

WHEREAS the Parties do not seek to affect the outcome of the Motion to Extend All Deadlines, and instead file the present stipulation to provide immediate but temporary relief to the Parties who, despite having endeavored in good faith to

comply with the Scheduling Order, will be unable to comply with the current FRCP 26(a)(2) Disclosure of Expert deadlines;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

With the Court's consent, and while the Court decides the pending Motion to Extend All Deadlines to provide a more permanent schedule, the FRCP 26(a)(2) Disclosure of Expert deadlines in this action shall be immediately and temporarily extended by a period of 30 days, as follows:

1. **September 13, 2019** for Plaintiff's disclosure of expert witnesses;
2. **October 28, 2019** for Defendants' disclosures of expert witnesses; and
3. **November 27, 2019** for Plaintiff's disclosure of expert witnesses expected to offer rebuttal expert opinion testimony.

These dates are temporary and subject to the final dates outlined in the upcoming Order on the Motion to Extend All Deadlines.

**IT IS SO STIPULATED AND AGREED**

[signatures on the next page]

| | |
|---|---|
| GLEN LERNER INJURY ATTORNEYS | DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN |
| By:/s/ Corey M. Eschweiler<br>   Corey M. Eschweiler, Esq.<br>   Nevada Bar No. 6635<br>   4795 South Durango Drive<br>   Las Vegas, Nevada 89147<br>   *Co-Counsel for Plaintiff* | By:/s/ Colin P. King<br>   Colin P. King, Esq.<br>   *Pro Hac Vice*<br>   36 South State Street, Suite 2400<br>   Salt Lake City, UT 84111<br>   *Co-Counsel for Plaintiff* |
| SNELL & WILMER, LLP | MINTZ LEVIN COHN GERRIS FLOVSKY AND POPEO, P.C. |
| By:/s/ Dawn L. Davis<br>   Vaughn A. Crawford, Esq.<br>   Nevada Bar No. 7665<br>   Dawn L. Davis, Esq.<br>   Nevada Bar No. 13329<br>   3883 Howard Hughes Pkwy, #1100<br>   Las Vegas, NV 89169-5958<br>   *Co-Counsel for Defendants Stryker Corp. and Stryker Sales Corp* | By: /s/ Christopher P. Norton<br>   Christopher P. Norton, Esq.<br>   *Pro Hac Vice*<br>   2029 Century Park East, Suite 3100<br>   Los Angeles, CA 90067<br>   *Co-Counsel for Defendants Stryker Corp. and Stryker Sales Corp* |
| BROWN, BONN & FRIEDMAN, LLP | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. |
| By:/s/ Jill P. Northway<br>   Kevin A. Brown, Esq.<br>   Nevada Bar No. 7621<br>   Jill P. Northway, Esq.<br>   Nevada Bar No. 9470<br>   5528 S. Fort Apache Rd.<br>   Las Vegas, NV 89135<br>   *Attorneys for Defendant I-Flow, LLC* | By: /s/ Lee J. Hurwitz<br>   Lee J. Hurwitz, Esq.<br>   *Pro Hac Vice*<br>   Mark Crane, Esq.<br>   *Pro Hac Vice*<br>   233 S. Wacker Dr., Suite 5500<br>   Chicago, Illinois 60606<br>   *Attorneys for Defendant I-Flow, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 9, 2019