# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>I-FLOW CORPORATION, et al.,<br><br>    Defendants. | Case No. 2:18-cv-01654-GMN-BNW<br><br>**ORDER** |

      This matter is before the court on defendants Stryker Corporation and Stryker Sales Corporation's Notice of Compliance with Court's Minute Order Dated November 5, 2019 (ECF No. 77), filed on November 15, 2019. Also before the court is plaintiff Ryan Q. Claridge's Objection to Notice of Defendants' Compliance with Court's Minute Order Dated November 5, 2019 (ECF No. 78), filed on November 15, 2019.

      Plaintiff's objection raises certain issues regarding the list defendants provided regarding Dr. Nicola's prior testimony. Given that there is not a motion pending, the court will not take further action with respect to the parties' notices. To the extent the parties request the court's assistance, they may file any motion they deem necessary. Alternatively, the parties may stipulate to a discovery status hearing before the court. If the parties choose the latter option, the court will give the parties an opportunity to supplement their notices with a two-page statement explaining the nature of the dispute and identifying the relevant rules at issue.

      IT IS SO ORDERED.

      DATED: December 2, 2019

                                            BRENDA WEKSLER<br>                                            UNITED STATES MAGISTRATE JUDGE