Christopher P. Norton, Esq. (*Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202
cpnorton@mintz.com

Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: 702-784-5200
Facsimile: 702-784-5252
vcrawford@swlaw.com
ddavis@swlaw.com

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>      Plaintiff,<br>vs.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>      Defendants. | CASE NO.: 2:18-cv-01654-GMN-BNW<br><br>**DEFENDANTS' MOTION FOR EXPEDITED DECISION ON THE PAPERS OR EXPEDITED TELEPHONIC HEARING ON MOTIONS TO COMPEL FRCP 35 EXAMINATIONS**<br><br>**[Defendants' Motion to Compel IMEs Filed Herewith, Dkt. No. 92]** |

Defendants Stryker Corporation, Stryker Sales Corporation, and I-Flow, LLC ("Defendants"), by and through their counsel of record, move the Court for an expedited decision on the papers, or in the alternative, an expedited telephonic hearing, on Defendants' motions to compel necessary FRCP 35 examinations filed concurrently herewith.

After a meet and confer with Plaintiff's counsel on January 31, 2020, both parties request that a decision be rendered (or, if needed, that a hearing be set) as soon as possible to expedite a resolution and keep all discovery efforts on track for completion by the March 8, 2020, initial expert witness disclosure deadline and the May 18, 2020, discovery cutoff.

### REQUEST FOR EXPEDITED DECISION ON THE PAPERS (OR TELEPHONIC HEARING, IF NECESSARY) ON DEFENDANTS' MOTION TO COMPEL FRCP 35 EXAMINATIONS

Throughout the course of discovery, Defendants have deposed nearly all of Plaintiff's past and current treatment providers. During the week of January 13, 2020, Defendants deposed one of Plaintiff's mental health providers, Barbara Key, Psy.D. and orthopedic specialist Milan Stevanovic, MD, one of many doctors who has seen Plaintiff for his mysterious and apparently ongoing "nerve injury."[1] Dr. Koe's testimony from the same week in January 2020 also raised questions concerning the etiology of Plaintiff's alleged injuries. Over the past month, it has become evident that Plaintiff intends to make significant damages claims against the Defendants for both his alleged ongoing mental health issues and the mysterious ongoing nerve injury—with the latter apparently preventing Plaintiff from working since 2018.

Given the testimony recently obtained from Plaintiff's medical care providers—as discussed in Defendant's motion to compel filed herewith—counsel for Defendants conferred with Colin King, Esq. and Joseph Schmitt, Esq. on January 31, 2020, and requested that Plaintiff submit to a neurological and psychological evaluations with suitably qualified and licensed physicians pursuant to FRCP 35. Although Plaintiff's counsel flatly denied Defendants' requests, Mr. King agreed that Defendants' forthcoming motion to compel the FRCP 35 examinations should be resolved on an emergency or expedited basis in order to keep discovery on track.

Given the foregoing, Defendants, on behalf of all the parties, request that the Court resolve or set a telephonic hearing on Defendants' motions to compel the FRCP 35 examinations as soon as possible, as any hearing set in the normal course would not allow sufficient time to

---

[1] These witnesses were not deposed earlier due to their limited availability and also due to the unavailability of counsel for either Plaintiff or one of the Defendants on the other dates provided.

complete the requested examinations under the current discovery schedule.  Please note that counsel for Defendants are not available on February 12 – 14 and February 21.

DATED this 7th day of February, 2019.

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: _____
Christopher P. Norton (*Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

Vaughn A. Crawford, Esq.
Dawn L. Davis, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales Corporation*

**IT IS ORDERED** that ECF No. 93 is GRANTED.
**IT IS FURTHER ORDERED** that Plaintiff's response to ECF No. 92 is due by 2/17/20.
**IT IS FURTHER ORDERED** that Defendants' reply is due by 2/20/20.
**IT IS FURTHER ORDERED** that a telephonic hearing is set on ECF No. 92 for 2/25/20 at 10:00 a.m. Parties shall be connected to the hearing by dialing **(877) 810-9415** and entering Access Code **2365998** five minutes before the hearing begins.

**IT IS SO ORDERED**

DATED: **February 11, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR EXPEDITED DECISION ON THE PAPERS OR EXPEDITED TELEPHONIC HEARING ON MOTIONS TO COMPEL FRCP 35 EXAMINATIONS** by the method indicated below and addressed as follows:

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

| | |
|---|---|
| Corey M. Eschweiler, Esq.<br>GLEN LERNER INJURY ATTORNEYS<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Telephone: (702) 877-1500<br>Facsimile: (702) 933-7043<br>ceschweiler@glenlerner.com<br><br>Colin P. King *(Pro Hac Vice)*<br>DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN<br>36 South State Street, Suite 2400<br>Salt Lake City, UT 84111<br>Telephone: (801) 533-0400<br>cking@dkowlaw.com<br>*Attorneys for Plaintiff* | Kevin A. Brown, Esq.<br>Thomas Friedman, Esq.<br>BROWN, BONN & FRIEDMAN, LLP<br>5528 South Fort Apache Road<br>Las Vegas, NV 89135<br>Telephone: (702) 942-3900<br>Facsimile: (702) 942-3901<br>kbrown@brownbonn.com<br>tfriedman@brownbonn.com<br><br>Phillip Mark Crane, Esq. *(Pro Hac Vice)*<br>Lee. J. Hurwitz, Esq. *(Pro Hac Vice)*<br>SEGAL, MCCAMBRIDGE, SINGER & MAHONEY<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60605<br>Telephone: (312) 645-7800<br>mcrane@smsm.com<br>lhurwitz@smsm.com<br><br>Peter John Strelitz<br>SEGAL MCCAMBRIDGE<br>100 Congress Avenue, Suite 800<br>Austin, TX 78701<br>Telephone: 512-476-7834<br>Facsimile: 512-476-7832<br>pstrelitz@smsm.com<br>*Attorneys for Defendant*<br>*I-Flow, LLC* |

DATED this 7th day of February, 2019.

*/s/ Diane Hashimoto*
An employee of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.