Christopher P. Norton, Esq. (*Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202
cpnorton@mintz.com

Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: 702-784-5200
Facsimile: 702-784-5252
vcrawford@swlaw.com
ddavis@swlaw.com

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>                Plaintiff,<br><br>vs.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br><br>                Defendants. | CASE NO.: 2:18-cv-01654-GMN-BNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE NEUROLOGICAL AND PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFF RYAN Q. CLARIDGE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35** |

1. On February 25, 2020, the Court heard Defendants Stryker Corporation, Stryker Sales Corporation, and I-Flow, LLC (collectively, "Defendants") Motion to Compel the Neurological and Psychological Examinations (the "Motion") of Plaintiff Ryan Q. Claridge ("Plaintiff") Pursuant to Federal Rule of Civil Procedure 35 ("Rule 35");

2. On February 25, 2020, the Court granted the Motion and ordered Plaintiff to submit to the neurological and psychological examinations requested by Defendants;

3. The Court further ordered the Parties to submit this Proposed Order by February 28, 2020;

4. The Court further ordered Defendants to provide Plaintiff with information on the proposed examiners and examinations;

5. Defendants complied with the Court's Order by separately providing Plaintiff with the curriculum vitae for each examiner, the examiners' testimony lists, and summaries of the proposed scopes of the examinations;

6. The Court further ordered the Parties to meet and confer to discuss mutually agreeable dates, times, and locations of the examinations;

7. Defendants sent Plaintiff, via email, the following proposed dates, times, and locations for the examinations:

**Neurological Examination by Dr. Andrew Woo, M.D., Ph.D.**

| | |
|---|---|
| DATE AND TIME OF EXAMINATION: | March 27, 2020, commencing at 11:00 a.m., and continued until completed |
| LOCATION OF EXAMINATION: | Office of Edgar Evangelista MD<br>6040 Badura Avenue, Suite 120<br>Las Vegas, 89118 |

**Psychological Examination by Dr. Lewis Etcoff, Ph.D., A.B.N.**

| | |
|---|---|
| DATES AND TIMES OF TESTING AND EXAMINATION: | Testing: May 19, 2020, commencing at 1:30 p.m., and continued until completed<br><br>Examination: May 26, 2020, commencing at 9:00 a.m., and continued until completed |
| LOCATION OF EXAMINATION: | Lewis M. Etcoff, Ph.D. and Associates<br>8475 South Eastern Avenue, Suite 205<br>Las Vegas, Nevada 89123 |

8. The dates proposed by Defendants were the examiners' first available dates, and the examiners rearranged their schedules as much as possible to provide those dates;

9. Plaintiffs have not yet responded regarding the proposed dates, times, and locations;

10. Defendants anticipate that the results of Plaintiff's neurological and psychological examinations could require some experts to supplement their reports, and submit that all Parties should therefore be allowed to file supplemental reports of experts whose opinions are impacted by the findings of the independent examinations within 14 days of receiving reports disclosing the results of the examinations.

**NOW THEREFORE THE COURT ORDERS AS FOLLOWS:**

1. Plaintiff shall submit to the following examinations, the scopes of which are attached hereto as **Exhibit A** and **Exhibit B**.

   **a. Neurological Examination by Dr. Andrew Woo, M.D., Ph.D.**

   | | |
   |---|---|
   | DATE AND TIME OF EXAMINATION: | March 27, 2020, commencing at 11:00 a.m., and continued until completed |
   | LOCATION OF EXAMINATION: | Office of Edgar Evangelista MD<br>6040 Badura Avenue, Suite 120<br>Las Vegas, 89118 |
   | EXAMINER: | Andrew Woo, MD |

   **b. Psychological Examination by Dr. Lewis Etcoff, Ph.D., A.B.N.**

   | | |
   |---|---|
   | DATES AND TIMES OF TESTING AND EXAMINATION: | Testing:<br>May 19, 2020, commencing at 1:30 p.m., and continued until completed<br><br>and<br><br>Examination:<br>May 26, 2020, commencing at 9:00 a.m., and continued until completed |
   | LOCATION OF EXAMINATION: | Lewis M. Etcoff, Ph.D. and Associates<br>8475 South Eastern Avenue, Suite 205<br>Las Vegas, Nevada 89123 |
   | EXAMINER: | Lewis M. Etcoff, Ph.D. |

2. The Parties shall serve any supplemental reports of experts whose opinions are impacted by the findings of the independent neurological and psychological examinations within 14 days of receiving reports disclosing the results of the examinations.

**IT IS SO ORDERED**

DATED: 3/3/2020

Magistrate Judge Brenda Weksler
United States Magistrate Judge

# **CERTIFICATE OF SERVICE**

    I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE NEUROLOGICAL AND PSYCHOLOGICAL EXAMINATIONS OF PLAINTIFF RYAN Q. CLARIDGE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35** by the method indicated below and addressed as follows:

☒   **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

| | |
|---|---|
| Corey M. Eschweiler, Esq.<br>GLEN LERNER INJURY ATTORNEYS<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Telephone: (702) 877-1500<br>Facsimile: (702) 933-7043<br>ceschweiler@glenlerner.com<br><br>Colin P. King *(Pro Hac Vice)*<br>DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN<br>36 South State Street, Suite 2400<br>Salt Lake City, UT 84111<br>Telephone: (801) 533-0400<br>cking@dkowlaw.com<br>*Attorneys for Plaintiff* | Kevin A. Brown, Esq.<br>Thomas Friedman, Esq.<br>BROWN, BONN & FRIEDMAN, LLP<br>5528 South Fort Apache Road<br>Las Vegas, NV 89135<br>Telephone: (702) 942-3900<br>Facsimile: (702) 942-3901<br>kbrown@brownbonn.com<br>tfriedman@brownbonn.com<br><br>Phillip Mark Crane, Esq. *(Pro Hac Vice)*<br>Lee. J. Hurwitz, Esq. *(Pro Hac Vice)*<br>SEGAL, MCCAMBRIDGE, SINGER & MAHONEY<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60605<br>Telephone: (312) 645-7800<br>mcrane@smsm.com<br>lhurwitz@smsm.com<br><br>Peter John Strelitz<br>SEGAL MCCAMBRIDGE<br>100 Congress Avenue, Suite 800<br>Austin, TX 78701<br>Telephone: 512-476-7834<br>Facsimile: 512-476-7832<br>pstrelitz@smsm.com<br>*Attorneys for Defendant*<br>*I-Flow, LLC* |

    DATED this 28th day of February, 2020.

                                                       */s/ Maricris Williams*
                                                       An employee of Snell & Wilmer L.L.P.

97024527v.2

## **INDEX OF EXHIBITS**

| Exhibit No. | Description | No. of Pages |
|---|---|---|
| A | Psychological Evaluation Protocol | 2 |
| B | Neurological Exam Protocol | 2 |

4829-1062-8790