Christopher P. Norton, Esq. (*Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile:  310-586-3202
cpnorton@mintz.com

Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: 702-784-5200
Facsimile:  702-784-5252
vcrawford@swlaw.com
ddavis@swlaw.com

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>　　　　　　　Defendants. | CASE NO.: 2:18-cv-01654-GMN-BNW<br><br>**DEFENDANTS' MOTION FOR EXPEDITED DECISION ON THE PAPERS OR EXPEDITED TELEPHONIC HEARING ON MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES**<br><br>**[Defendants' Motion to Amend the Scheduling Order is Filed Herewith, Dkt. No. 108]** |

Defendants Stryker Corporation, Stryker Sales Corporation, and I-Flow, LLC ("Defendants"), by and through their counsel of record, move the Court for an expedited decision on the papers – for the extraordinary cause set forth in the moving papers filed herewith, or in the

alternative, an expedited telephonic hearing, on Defendants' motion to amend the scheduling order in this action.

Defendants conferred with Plaintiff's counsel on the referenced Motion and Mr. Claridge refused to agree to any extension of the current case deadlines. Given the short time remaining in the discovery period, coupled with the significant amount of discovery that remains to be completed, with due consideration given to the global health pandemic that will continue to delay discovery, the Defendants respectfully request an expedited decision on the papers, or if the Court prefers, the setting of a telephonic hearing to discuss the matter.

DATED this 27th day of March, 2020.

**IT IS ORDERED that ECF No. 109 is GRANTED.**

**IT IS FURTHER ORDERED that Plaintiff's response to ECF No. 108 is due by 4/3/2020 and shall not be longer than 10 pages.**

**IT IS FURTHER ORDERED that a telephonic hearing on ECF No. 108 is set for 4/8/2020 at 11:30 a.m. Parties are directed to dial 877-810-9415 and enter access code 2365998 when prompted. Please contact Courtroom Administrator Jeff Miller at 702-464-5420 with any questions.**

**IT IS SO ORDERED**

**DATED: March 30, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: _____
Christopher P. Norton (*Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

Vaughn A. Crawford, Esq.
Dawn L. Davis, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales Corporation*

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR EXPEDITED DECISION ON THE PAPERS OR EXPEDITED TELEPHONIC HEARING ON MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES** by the method indicated below and addressed as follows:

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

| | |
|---|---|
| Corey M. Eschweiler, Esq.<br>GLEN LERNER INJURY ATTORNEYS<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Telephone: (702) 877-1500<br>Facsimile: (702) 933-7043<br>ceschweiler@glenlerner.com<br><br>Colin P. King *(Pro Hac Vice)*<br>DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN<br>36 South State Street, Suite 2400<br>Salt Lake City, UT 84111<br>Telephone: (801) 533-0400<br>cking@dkowlaw.com<br>*Attorneys for Plaintiff* | Kevin A. Brown, Esq.<br>Thomas Friedman, Esq.<br>BROWN, BONN & FRIEDMAN, LLP<br>5528 South Fort Apache Road<br>Las Vegas, NV 89135<br>Telephone: (702) 942-3900<br>Facsimile: (702) 942-3901<br>kbrown@brownbonn.com<br>tfriedman@brownbonn.com<br><br>Phillip Mark Crane, Esq. *(Pro Hac Vice)*<br>Lee. J. Hurwitz, Esq. *(Pro Hac Vice)*<br>SEGAL, MCCAMBRIDGE, SINGER & MAHONEY<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60605<br>Telephone: (312) 645-7800<br>mcrane@smsm.com<br>lhurwitz@smsm.com<br><br>Peter John Strelitz<br>SEGAL MCCAMBRIDGE<br>100 Congress Avenue, Suite 800<br>Austin, TX 78701<br>Telephone: 512-476-7834<br>Facsimile: 512-476-7832<br>pstrelitz@smsm.com<br>*Attorneys for Defendant*<br>*I-Flow, LLC* |

DATED this 27th day of March, 2020.

/s/ Diane Hashimoto
An employee of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.