Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 S. Fort Apache Rd.
Las Vegas, NV 89135
(702) 942-3900
(702) 942-3901 Fax
tfriedman@brownbonn.com
Attorney for Defendants
I-FLOW, LLC

P. Mark Crane *(Pro Hac Vice)*
Lee J. Hurwitz *(Pro Hac Vice)*
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
233 South Wacker Drive
Chicago, Illinois 60606
(312) 645-7800
(312) 645-7811 Fax
mcrane@smsm.com
lhurwitz@smsm.com
Attorney for Defendants
I-FLOW, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ryan Q. Claridge,<br><br>                            Plaintiff,<br><br>      vs.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>                            Defendants. | Case No.:  2:18-cv-01654-GMN-BNW<br><br>**STIPULATED MOTION TO EXTEND THE JULY 2, 2020 DISCOVERY DEADLINE**<br><br>Complaint Filed: August 30, 2018 |

1

The Parties file this stipulated motion for an Order extending the discovery closure deadline to July 31, 2020 pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 26-3 and IA 6-1.

This Court has acknowledged[1][2], and Plaintiff has agreed[3], that a discovery extension past the current July 2, 2020 deadline may be necessary.

The Parties have scheduled 11 depositions through the end of June and three depositions in July. The Parties will also need to schedule the deposition of Plaintiff's expert, Peggy Pence, who was granted an extension to disclose her rebuttal report by June 1, 2020.

Further, the Parties also await the Court's ruling on Defendants' pending Motion to Compel, which will be heard on June 17, 2020. If the Motion is granted, additional discovery will be necessary.

The Parties also await the Judge Navarro's decision on Plaintiff's objection to the Court's Order compelling Plaintiff to present for neurological and psychological Rule 35 examinations by separate physicians. Judge Navarro's decision on Plaintiff's objection remains pending with no certainty as to when the decision will be issued. The Parties cannot schedule either examination until after Judge Navarro's ruling on the Court's Order. Meanwhile, Defendants' Rule 35 examiners (Dr. Lewis Etcoff and Dr. Andrew Woo) will author reports following their examination, and Plaintiff has reserved the right to take the depositions of Defendants' Rule 35 after their respective Rule 35 examinations have taken place. Due to the pending appeal, these depositions cannot be scheduled prior to July 2, 2020.

---

[1] The Court: "I am going to continue all discovery but only 45 days. This is understanding that the defense may need more time." April 8, 2020 Hrg. Trans. at p. 26.

[2] The Court: "So my suggestion to the defense is going to go ahead and schedule all of these depositions as close to July 2 as possible. If it needs to go to the end of July, that's understandable." May 11, 2020 Hrg. Trans. at p. 11.

[3] Plaintiff: "…if we – if we move some depositions into July, I think that's completely acceptable on behalf of the plaintiff." May 11, 2020 Hrg. Trans. at p. 12.

2

The Parties file this stipulation out of an abundance of caution in an effort to comply with LR 26-3.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

With the Court's consent, the discovery closure deadline in this action shall be extended to July 31, 2020.

**IT IS SO STIPULATED AND AGREED**

[signatures on the next page]

**IT IS SO ORDERED**

**DATED: June 10, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

ER INJURY ATTORNEYS
By:/s/ Corey M. Eschweiler
    Corey M. Eschweiler, Esq.
    Nevada Bar No. 6635
    4795 South Durango Drive
    Las Vegas, Nevada 89147
    *Co-Counsel for Plaintiff*

SNELL & WILMER, LLP
By:/s/ Vaughn A. Crawford
    Vaughn A. Crawford, Esq.
    Nevada Bar No. 7665
    Dawn L. Davis, Esq.
    Nevada Bar No. 13329
    3883 Howard Hughes Pkwy, #1100
    Las Vegas, NV 89169-5958
    *Co-Counsel for Defendants Stryker Corp.*
    *and Stryker Sales Corp*

BROWN, BONN & FRIEDMAN, LLP
By:/s/ Thomas Friedman
    Thomas Friedman, Esq.
    Nevada Bar No. 7708
    5528 S. Fort Apache Rd.
    Las Vegas, NV 89135
    *Attorneys for Defendant I-Flow, LLC*

DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN
By:/s/ Colin P. King
    Colin P. King, Esq.
    *Pro Hac Vice*
    36 South State Street, Suite 2400
    Salt Lake City, UT 84111
    *Co-Counsel for Plaintiff*

MINTZ LEVIN COHN GERRIS FLOVSKY AND POPEO, P.C.
By: /s/ Christopher P. Norton
    Christopher P. Norton, Esq.
    *Pro Hac Vice*
    2029 Century Park East, Suite 3100
    Los Angeles, CA 90067
    *Co-Counsel for Defendants Stryker Corp.*
    *and Stryker Sales Corp*

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
By: /s/ Lee J. Hurwitz
    Lee J. Hurwitz, Esq. (*Pro Hac Vice*)
    Mark Crane, Esq. (*Pro Hac Vice*)
    233 S. Wacker Dr., Suite 5500
    Chicago, Illinois 60606

    Peter J. Strelitz, Esq. (*Pro Hac Vice*)
    100 Congress Ave., Suite 800
    Austin, Texas 78701
    *Attorneys for Defendant I-Flow, LLC*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On June 9, 2020, I caused to be served a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND THE JULY 2, 2020 DISCOVERY DEADLINE DISCLOSURES** by the method indicated below:

☒   **VIA CM/ECF ELECTRONIC FILING NOTIFICATION** where specified on the attached service list.

| | |
|---|---|
| Corey M. Eschweiler, Esq. (SBN 6635) | Colin P. King (UT Bar No. 1815) |
| ER INJURY ATTORNEYS | *(Admitted Pro Hac Vice)* |
| 4795 South Durango Drive | DEWSNUP KING OLSEN WOREL HAVAS |
| Las Vegas, Nevada 89147 | MORTENSEN |
| Telephone: (702) 877-1500 | 36 South State Street, Suite 2400 |
| Facsimile: (702) 933-7043 | Salt Lake City, UT 84111 |
| corey@erinjuryattorneys.com | Telephone: (801) 533-0400 |
| *Attorneys for Plaintiff* | cking@dkowlaw.com |
| | *Attorneys for Plaintiff* |
| Vaughn A. Crawford, Esq. | Christopher P. Norton, Esq. (Pro Hac Vice) |
| Dawn Davis, Esq. | MINTZ LEVIN COHN FERRIS GLOVSKY |
| SNELL & WILMER | and POPEO, P.C. |
| 3883 Howard Hughes Parkway, Suite 1100 | 2029 Century Park East, Suite 3100 |
| Las Vegas, NV 89169-5958 | Los Angeles, CA 90067 |
| Telephone: (702) 784-5200 | Telephone: (310) 586-3200 |
| Facsimile: (702) 784-5252 | Facsimile: (310) 586-3202 |
| vcrawford@swlaw.com | cpnorton@mintz.com |
| ddavis@swlaw.com | *Attorneys for Defendants Stryker Corporation and Stryker Sales Corporation* |
| *Attorneys for Defendants Stryker Corporation and Stryker Sales Corporation* | |

DATED this 9th day of June, 2020.

/s/ Tara McClelland
Tara McClelland
An Employee of BROWN, BONN & FRIEDMAN, LLP