1  Vaughn A. Crawford, Esq.
   Nevada Bar No. 7665
2  Dawn L. Davis, Esq.
   Nevada Bar No. 13329
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169-5958
   Telephone: 702-784-5200
5  Facsimile:  702-784-5252
   vcrawford@swlaw.com
6  ddavis@swlaw.com

7  Christopher P. Norton, Esq. (*Pro Hac Vice*)
   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
8  2029 Century Park East, Suite 3100
   Los Angeles, CA 90067
9  Telephone: 310-586-3200
   Facsimile:  310-586-3202
10 cpnorton@mintz.com

11 *Attorneys for Defendants*
   *Stryker Corporation and Stryker Sales Corporation*

12

### UNITED STATES DISTRICT COURT

13

### DISTRICT OF NEVADA

14

| | |
|---|---|
| RYAN Q. CLARIDGE, | CASE NO.:  2:18-cv-01654-GMN-BNW |
| Plaintiff, | **STIPULATED MOTION TO EXTEND THE JULY 31, 2020 DISCOVERY DEADLINE TO AUGUST 31, 2020 AND CORRESPONDING EXTENSION OF PRE-TRIAL DEADLINES** |
| vs. | |
| I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation, | |
| Defendants. | |

22        Pursuant to the agreement of the Parties and as contemplated at the June 23, 2020 hearing,

23 the Parties file this stipulated motion for an Order extending the discovery closure deadline to

24 August 31, 2020, along with an extension of all corresponding pre-trial deadlines, pursuant to Fed.

25 R. Civ. P. 16(b)(4) and Local Rules 26-3 and IA 6-1.

26        After meeting & conferring in accordance with the Court's ruling on Defendants' Motion

27 to Compel, the parties have agreed that a discovery extension past the current July 31, 2020 deadline

28 is appropriate to enable the parties to comply with the Court's June 23, 2020 Order on the Motion

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

to Compel, complete remaining fact and expert depositions, allow for Plaintiff's supplementation of responses to Defendants' discovery, issuance of subpoenas to third parties, obtaining and reviewing documents from those third parties, and potential further investigation and discovery stemming from those productions.

The Parties have scheduled expert depositions for August 7 and August 13, and another expert deposition will be conducted before the end of August in Florida or remotely if unable to proceed safely in person.  Multiple fact witness depositions are being scheduled in August.

The Parties still also await the Judge Navarro's decision on Plaintiff's objection to the Court's Order compelling Plaintiff to present for neurological and psychological Rule 35 examinations by separate physicians, a prerequisite to scheduling the examinations, obtaining their reports, and possible proceeding with their depositions.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

With the Court's consent, the discovery closure deadline in this action shall be extended to August 31, 2020.   Dispositive motions shall be filed by November 6, 2020, and the Final Pretrial Order shall be submitted by December 7, 2020

**IT IS SO STIPULATED AND AGREED.**

ERIN JURY ATTORNEYS

By:/s/ *Corey Eschweiler*
 Corey M. Eschweiler, Esq.
 Nevada Bar No. 6635
 4795 South Durango Drive
 Las Vegas, Nevada 89147
 *Co-Counsel for Plaintiff*

DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN

By:/s/ *Colin King*
 Colin P. King, Esq.
 *Pro Hac Vice*
 36 South State Street, Suite 2400
 Salt Lake City, UT 84111
 *Co-Counsel for Plaintiff*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1

SNELL & WILMER, LLP

MINTZ LEVIN COHN GERRIS FLOVSKY AND POPEO, P.C.

2

By:/s/ *Dawn L. Davis*

3
Vaughn A. Crawford, Esq.
Nevada Bar No. 7665

By: /s/ *Christopher P. Norton*
Christopher P. Norton, Esq.

4
Dawn L. Davis, Esq.
Nevada Bar No. 13329

*Pro Hac Vice*
2029 Century Park East, Suite 3100

5
3883 Howard Hughes Pkwy, #1100
Las Vegas, NV 89169-5958

Los Angeles, CA 90067
*Co-Counsel for Defendants Stryker Corp.*

6
*Co-Counsel for Defendants Stryker Corp.*

*and Stryker Sales Corp*

7
*and Stryker Sales Corp*

8

BROWN, BONN & FRIEDMAN, LLP

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

9

By:/s/ *Thomas Friedman*

10
Thomas Friedman, Esq.
Nevada Bar No. 7708

By: /s/ *Lee Hurwitz*
Lee J. Hurwitz, Esq.

11
5528 S. Fort Apache Rd.
Las Vegas, NV 89135

*Pro Hac Vice*
Mark Crane, Esq.

12
*Attorneys for Defendant I-Flow, LLC*

*Pro Hac Vice*
233 S. Wacker Dr., Suite 5500

13
Chicago, Illinois 60606

14

15
Peter J. Strelitz, Esq.
*Pro Hac Vice*

16
100 Congress Ave., Suite 800
Austin, Texas 78701

17

18
*Attorneys for Defendant I-Flow, LLC*

**IT IS SO ORDERED.**

19

20
August 3, 2020

DATED: _____

21

22

23
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200