Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: 702-784-5200
Facsimile: 702-784-5252
vcrawford@swlaw.com
ddavis@swlaw.com

Christopher P. Norton, Esq. (*Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202
cpnorton@mintz.com

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>　　　　　　Defendants. | CASE NO.:  2:18-cv-01654-GMN-BNW<br><br>**STIPULATED JOINT MOTION TO EXTEND THE AUGUST 31, 2020 DISCOVERY DEADLINE TO OCTOBER 2, 2020 AND CORRESPONDING EXTENSION OF PRE-TRIAL DEADLINES** |

　　　　Pursuant to the agreement of the Parties and following the August 17, 2020 status conference, the Parties file this stipulated motion for an Order extending the discovery closure deadline to October 2, 2020, along with an extension of all corresponding pre-trial deadlines, pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 26-3 and IA 6-1.

　　　　After conferring, the parties have agreed that a discovery extension past the current August 31, 2020 deadline is appropriate to enable the parties to complete the remaining discovery, including but not limited to fact and expert depositions, review of Plaintiff's supplemental

1  document productions, the issuance of subpoenas to additional third parties, obtaining and
2  reviewing documents from those third parties, and potential further investigation and discovery
3  stemming from those productions.

4  The Parties still also await the Judge Navarro's decision on Plaintiff's objection to the
5  Court's Order compelling Plaintiff to present for neurological and psychological Rule 35
6  examinations by separate physicians, a prerequisite to scheduling the examinations, obtaining their
7  reports, and possible proceeding with their depositions.

8  **IT IS HEREBY STIPULATED AND AGREED THAT:**

9  With the Court's consent, the discovery closure deadline in this action shall be extended to
10  October 2, 2020. Dispositive motions shall be filed by December 11, 2020, and the Final Pretrial
11  Order shall be submitted by January 11, 2021.

12  **IT IS SO STIPULATED AND AGREED.**

| ER INJURY ATTORNEYS | DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN |
|---|---|
| By: */s/ Corey M. Eschweiler* <br> Corey M. Eschweiler, Esq. <br> Nevada Bar No. 6635 <br> 4795 South Durango Drive <br> Las Vegas, Nevada 89147 <br> *Co-Counsel for Plaintiff* | By: */s/ Colin King* <br> Colin P. King, Esq. <br> *Pro Hac Vice* <br> 36 South State Street, Suite 2400 <br> Salt Lake City, UT 84111 <br> *Co-Counsel for Plaintiff* |

| | |
|---|---|
| SNELL & WILMER L.L.P. | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| By: */s/ Dawn L. Davis*<br>Vaughn A. Crawford, Esq.<br>Nevada Bar No. 7665<br>Dawn L. Davis, Esq.<br>Nevada Bar No. 13329<br>3883 Howard Hughes Parkway, Ste. 1100<br>Las Vegas, NV 89169<br>*Co-Counsel for Defendants Stryker Corp. and Stryker Sales Corp.* | By: */s/ Christopher P. Norton*<br>Christopher P. Norton, Esq.<br>*Pro Hac Vice*<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>*Co-Counsel for Defendants Stryker Corp. and Stryker Sales Corp.* |
| BROWN BONN & FRIEDMAN, LLP | SEGAL, MCCAMBRIDGE, SINGER & MAHONEY |
| By: */s/ Thomas Friedman*<br>Thomas Friedman, Esq.<br>Nevada Bar No. 7708<br>5528 South Fort Apache Road<br>Las Vegas, NV 89135<br>*Attorneys for Defendant I-Flow, LLC* | By: */s/ Lee J. Hurwitz*<br>Lee. J. Hurwitz, Esq.<br>*Pro Hac Vice*<br>Mark Crane, Esq.<br>*Pro Hac Vice*<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60605<br><br>Peter J. Strelitz, Esq.<br>*Pro Hac Vice*<br>100 Congress Ave., Suite 800<br>Austin, Texas 78701<br><br>*Attorneys for Defendant I-Flow, LLC* |

**IT IS SO ORDERED.**

Dated: 8/21/2020

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Diane Hashimoto*
An employee of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.