Bob L. Olson, Esq.
Nevada Bar No. 3783
V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: 702-784-5200
Facsimile: 702-784-5252
bolson@swlaw.com
vbohman@swlaw.com

*Attorneys for non-party*
*Snell & Wilmer L.L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>                  Plaintiff,<br>vs.<br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>                  Defendants. | CASE NO.: 2:18-cv-01654-GMN-BNW<br><br>**STIPULATION AND ORDER REGARDING PENDING DISCOVERY MOTIONS (ECF NOS. 192, 195, 196, 197 AND 198) AND UNDERLYING SUBPOENAS** |

Non-party Snell & Wilmer L.L.P. ("Snell"), Defendants Stryker Corporation and Stryker Sales Corporation (together "Stryker"), and Plaintiff Ryan Claridge ("Plaintiff"), hereby submit the following Stipulation and Order regarding the following pending discovery briefs, ECF Nos. 192, 195, 196, 197, and 198, as well as the underlying subpoenas.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Claridge hereby withdraws his pending Motion to Compel (ECF No. 192), and that it should be denied as moot;

2. Claridge hereby withdraws his pending subpoenas to Snell (the "Subpoenas");

3. Claridge will not serve any discovery of any kind on Snell related to this matter;

4. Snell has never agreed, suggested, or otherwise indicated that the information sought in the Subpoenas was properly discoverable from any source;

5. All statements and actions by Snell's counsel, Bob L. Olson and V.R. Bohman, are and were strictly and solely on behalf of Snell and may not be imputed to Stryker in any way;

6. Stryker does not waive any objection to Plaintiff's pending requests for production of documents;

7. Snell hereby withdraws its pending Motion to Quash Subpoenas and Seeking Mandatory Sanctions under FRCP 45(d)(1) (ECF Nos. 195 and 196), and that it should be denied as moot;

8. Stryker hereby withdraws its pending Motion for Protective Order (ECF Nos. 197 and 198), and that it should be denied as moot;

9. Claridge, Snell, and Stryker will bear their own fees and costs related in any way to ECF Nos. 192, 195, 196, 197, and 198, as well as the Subpoenas;

10. The hearings presently set on the pending motions (ECF Nos. 192, 196, and 198) for January 12, 2021 (ECF No. 199) should be vacated.

**IT IS SO ORDERED.**

DATED: 11/17/2020

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

**CASE NO.:  2:18-cv-01654-GMN-BNW; STIPULATION AND ORDER REGARDING PENDING DISCOVERY MOTIONS (ECF NOS. 192, 195, 196, 197 AND 198) AND UNDERLYING SUBPOENAS**

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN<br><br>By: /s/ *Colin P. King*<br>    Colin P. King, Esq. (*Pro Hac Vice*)<br>    36 South State Street, Suite 2400<br>    Salt Lake City, UT 84111<br><br><br>    Corey M. Eschweiler, Esq.<br>    ER INJURY ATTORNEYS<br>    Nevada Bar No. 6635<br>    4795 South Durango Drive<br>    Las Vegas, Nevada 89147<br>    *Counsel for Plaintiff* | SNELL & WILMER, LLP<br><br>By: */s/ V.R. Bohman*<br>    Bob L. Olson, Esq.<br>    Nevada Bar No. 3783<br>    V.R. Bohman, Esq.<br>    Nevada Bar No. 13075<br>    3883 Howard Hughes Pkwy, #1100<br>    Las Vegas, NV 89169-5958<br>    *Counsel for Non-Party Snell & Wilmer L.L.P.*<br><br><br>SNELL & WILMER, LLP<br><br>By: */s/ Vaughn A. Crawford*<br>    Vaughn A. Crawford, Esq.<br>    Dawn L. Davis, Esq.<br>    3883 Howard Hughes Pkwy, #1100<br>    Las Vegas, NV 89169-5958<br><br>    Christopher P. Norton (*Pro Hac Vice*)<br>    MINTZ LEVIN COHN FERRIS<br>    GLOVSKY AND POPEO, P.C.<br>    2029 Century Part East, Suite 3100<br>    Los Angeles, CA 90067<br>    *Attorneys for Defendants*<br>    *Stryker Corporation and Stryker Sales Corporation.* |

- 3 -

**CASE NO.: 2:18-cv-01654-GMN-BNW; STIPULATION AND ORDER REGARDING PENDING DISCOVERY MOTIONS (ECF NOS. 192, 195, 196, 197 AND 198) AND UNDERLYING SUBPOENAS**