Corey M. Eschweiler, Esq. (Bar No. 6635)
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, NV 89147
Telephone: (702) 877-1500
Facsimile:  (702) 933-7043
ceschweiler@erinjuryattorneys.com

Colin P. King, Esq. (UT Bar No. 1815)
(*Pro Hac Vice*)
cking@dkowlaw.com
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN
36 South State Street
Salt Lake City, UT 84111
Telephone: (801) 533-0400
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN Q. CLARIDGE,<br><br>        Plaintiff,<br>vs.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>        Defendants. | CASE NO.:  2:18-cv-01654-GMN-BNW<br><br>**AGREED ORDER REGARDING PRODUCTION OF DOCUMENTS** |

   This matter coming before the Court on Plaintiff's, Ryan Q. Claridge, and Stryker Corporation, Stryker Sales Corporation, and I-Flow, LLC (collectively as "Defendants"), joint motion for entry of agreed order regarding Google LLC's ("Google") production of certain communications, the Court FINDS and ORDERS as follows:

   1.  Ryan Q. Claridge is the registered account holder and/or sole authorized user of a Gmail account with the address ryanclaridge71@gmail.com ("Google Account").

2. Ryan Q. Claridge consents to Google delivering and divulging the contents of his respective Gmail accounts as described further below. The court finds that this consent is sufficient pursuant to the Stored Communications Act 18 U.S.C § 2701 *et seq*.

3. Within three (3) days of the entry of this Order, counsel for Defendants will email to the user (ryanclaridge71@gmail.com) a copy of this Order.

4. Within ten (10) days of the entry of this Order, Ryan Q. Claridge shall send an email message from the user's Gmail account listed above to google-legal-support@google.com with this Order attached ("Consent Email"). The Consent Email shall state that the user consents to Google's disclosure of the communications dated between January 1, 2004 and December 1, 2020 GMT/UTC associated with the Google Account, which are in the Google Account, were recently deleted from the Google Account, or were preserved pursuant to the request(s) in this matter (the "Documents").

5. The Consent Email shall further state that the user consents to Google delivering the Documents to:

>    Kristine Kuzemka, Esq.
>    Advanced Resolution Management
>    6980 S. Cimarron Road, Suite 210
>    Las Vegas, NV 89113

6. Within ten (10) days of the receipt of the Consent Email, Google shall write or otherwise record the Documents, to the extent any exist and are reasonably available, on a separate compact disc (CD) or other fixed medium and mail via overnight courier to:

>    Kristine Kuzemka, Esq.
>    Advanced Resolution Management
>    6980 S. Cimarron Road, Suite 210
>    Las Vegas, NV 89113

7. Google's production, as outlined in paragraph 6, will complete Google's discovery obligation in this matter.

| | |
|---|---|
| 1 | DATED this 1st day of December, 2020. |
| 2 | |
| | ER INJURY ATTORNEYS |
| 3 | */s/ Corey M. Eschweiler*_____ |
| | Corey M. Eschweiler |
| 4 | |
| | DEWSNUP KING OLSEN WOREL |
| 5 | HAVAS MORTENSEN |
| | */s/ Colin P. King*_____ |
| 6 | Colin P. King |

**IT IS SO ORDERED**

**DATED:** 9:40 am, December 07, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **AGREED ORDER REGARDING PRODUCTION OF DOCUMENTS** by the method indicated below and addressed as follows:

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Vaughn A. Crawford, Esq.
Morgan T. Petrelli, Esq.
SNELL & WILMER
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
vcrawford@swlaw.com
ddavis@swlaw.com
*Attorneys for Defendants Stryker Corporation and Stryker Sales Corporation*

Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 S. Fort Apache Rd.
Las Vegas, NV 89135
Telephone: (702) 942-3900
Facsimile: (702) 942-3901 Fax
tfriedman@brownbonn.com
*Attorneys for Defendant I-Flow, LLC*

Christopher P. Norton, Esq. (*Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: 312-645-7711
cpnorton@mintz.com
*Attorneys for Defendants Stryker Corporation and Stryker Sales Corporation*

Phillip Mark Crane, Esq. *(Pro Hac Vice)*
Lee. J. Hurwitz, Esq. *(Pro Hac Vice)*
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY, LTD.
233 South Wacker Drive, Suite 5500
Chicago, IL 60605
Telephone: (312) 645-7800
Facsimile: (312) 645-7811
mcrane@smsm.com
lhurwitz@smsm.com

Peter John Strelitz *(Pro Hac Vice)*
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY, LTD.
100 Congress Avenue, Suite 800
Austin, TX 78701
Telephone: (512) 476-7834
Facsimile: (512) 476-7832
pstrelitz@smsm.com
*Attorneys for Defendant I-Flow, LLC*