Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLC
5528 S. Fort Apache Rd.
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 Fax
tfriedman@brownbonn.com
Attorneys for Defendant
I-FLOW, LLC

P. Mark Crane *(Pro Hac Vice)*
Lee J. Hurwitz *(Pro Hac Vice)*
SEGAL MCCAMBRIDGE
SINGER & MAHONEY, LTD.
233 South Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
(312) 645-7811 Fax
mcrane@smsm.com
lhurwitz@smsm.com
Attorneys for Defendant
I-FLOW, LLC

Peter J. Strelitz *(Pro Hac Vice)*
SEGAL MCCAMBRIDGE
SINGER & MAHONEY, LTD.
100 Congress Ave., Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832
pstrelitz@smsm.com
Attorneys for Defendant
I-FLOW, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ryan Q. Claridge,<br><br>                    Plaintiff,<br><br>     vs.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br>                    Defendants. | Case No.:  2:18-cv-01654-GMN-BNW<br><br>**STIPULATED MOTION TO EXTEND THE DISPOSITIVE MOTIONS DEADLINE** |

1

1  The Parties file this stipulated motion for an Order extending the dispositive motions deadline to June 30, 2021 pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 26-3 and IA 6-1. As the Court is aware, there are document productions in the process of being completed. In addition to the possibility of additional discovery related to the upcoming document productions, the Parties have conferred and are in the process of scheduling a mediation. The current dispositive motion deadline is March 1, 2021. Accordingly, with the Court's consent, the Parties request that the dispositive motions deadline in this action be extended to June 30, 2021. The Parties will file a status report updating the Court upon the scheduling of the mediation.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

With the Court's consent, the dispositive motions deadline in this action shall be extended to June 30, 2021 to allow the Parties to mediate this matter. The Parties will file a status report updating the Court upon the scheduling of the mediation.

**IT IS SO STIPULATED AND AGREED**

IT IS ORDERED that the parties' stipulation is GRANTED. However, the Court encourages the parties to schedule their mediation sooner rather than later because the fact that the parties are considering mediation does not serve as a reason to stop working on discovery-related matters. Scheduling the mediation sooner rather than later will allow the parties to figure out how quickly they must move to resolve all remaining discovery issues.

**IT IS SO ORDERED**

DATED: 2/19/2021

**Brenda Weksler**

**United States Magistrate Judge**

2

| | |
|---|---|
| ER INJURY ATTORNEYS<br><br>By:/s/ Corey M. Eschweiler<br>　　Corey M. Eschweiler, Esq.<br>　　Nevada Bar No. 6635<br>　　4795 South Durango Drive<br>　　Las Vegas, Nevada 89147<br>　　*Co-Counsel for Plaintiff* | DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN<br><br>By:/s/ Colin P. King<br>　　Colin P. King, Esq.<br>　　*Pro Hac Vice*<br>　　36 South State Street, Suite 2400<br>　　Salt Lake City, UT 84111<br>　　*Co-Counsel for Plaintiff* |
| SNELL & WILMER, LLP<br><br>By:/s/ Vaughn A. Crawford<br>　　Vaughn A. Crawford, Esq.<br>　　Nevada Bar No. 7665<br>　　Dawn L. Davis, Esq.<br>　　Nevada Bar No. 13329<br>　　3883 Howard Hughes Pkwy, #1100<br>　　Las Vegas, NV 89169-5958<br>　　*Co-Counsel for Defendants Stryker Corp. and Stryker Sales Corp* | MINTZ LEVIN COHN GERRIS FLOVSKY AND POPEO, P.C.<br><br>By: /s/ Christopher P. Norton<br>　　Christopher P. Norton, Esq.<br>　　*Pro Hac Vice*<br>　　2029 Century Park East, Suite 3100<br>　　Los Angeles, CA 90067<br>　　*Co-Counsel for Defendants Stryker Corp. and Stryker Sales Corp* |
| BROWN, BONN & FRIEDMAN, LLC<br><br>By:/s/ Thomas Friedman<br>　　Thomas Friedman, Esq.<br>　　Nevada Bar No. 7708<br>　　5528 S. Fort Apache Rd.<br>　　Las Vegas, NV 89148<br>　　*Attorneys for Defendant I-Flow, LLC* | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.<br><br>By: /s/ Lee J. Hurwitz<br>　　Lee J. Hurwitz, Esq.<br>　　*Pro Hac Vice*<br>　　Mark Crane, Esq.<br>　　*Pro Hac Vice*<br>　　233 S. Wacker Dr., Suite 5500<br>　　Chicago, Illinois 60606<br><br>　　Peter J. Strelitz, Esq.<br>　　*Pro Hac Vice*<br>　　100 Congress Ave., Suite 800<br>　　Austin, Texas 78701<br>　　*Attorneys for Defendant I-Flow, LLC* |