Corey M. Eschweiler, Esq. (Bar No. 6635)
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile:  (702) 933-7043
ceschweiler@erinjuryattorneys.com

Colin P. King (UT Bar No. 1815) *(Pro Hac Vice)*
Walter M. Mason (UT Bar No. 16891) *(Pro Hac Vice)*
cking@dkowlaw.com
wmason@dkowlaw.com
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 533-0400
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ryan Q. Claridge<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br><br>　　　　Defendants. | NO. 2:18-cv-01654-GMN-PAL<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINES TO RESPOND TO PENDING MOTIONS IN LIMINE AND MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to LR 26-3, Plaintiff Ryan Claridge and Defendants I-Flow Corporation, I-Flow, LLC (collectively, "I-Flow"), Stryker Corporation, and Stryker Sales Corporation (collectively, "Stryker") hereby stipulate an extension of Plaintiff's deadlines to respond to the pending motions in limine and motions for summary judgment, which were filed as ECF Nos. 297, 299, 301, and 302 (the "Pending Motions").

-1-

Pursuant to the Court's Order dated June 17, 2021 (ECF No. 295), the deadline to file dispositive motions was July 16, 2021, the deadline to file responses thereto is August 16, 2021, and the deadline to file reply memoranda is September 3, 2021. Stryker and I-Flow filed the Pending Motions on July 16, 2021.

There is good cause for extending the deadlines for Plaintiff to respond to the Pending Motions. The parties continue to engage in settlement negotiations, which, if they are fruitful, may avoid the necessity and burdens of resolving the Pending Motions and may be dispositive of the case. The four Pending Motions—which are detailed, lengthy, and together supported by 96 exhibits—will necessitate extensive efforts and use of resources by Plaintiff if he is required to complete his oppositions thereto. That burden should not be imposed unnecessarily.

Because of the complexity and seriousness of the issues at stake in this litigation, and despite diligent efforts of the parties, settlement negotiations have not yet concluded. The parties anticipate that a three-week extension will allow the parties either to reach an agreement or to know that settlement at this stage of the litigation is unlikely.

Accordingly, with the Court's consent, the Parties agree to the following amendments to the deadlines relating to the Pending Motions:

1. Plaintiff's deadline to file responses to the Pending Motions shall be September 7, 2021.
2. Defendants' deadline to file reply memoranda in support of the Pending Motions shall be October 1, 2021.

**THE PARTIES STIPULATE AND AGREE THAT:**

With the Court's consent, the deadlines related to the Pending Motions are amended as described above.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| By:   /s/ Colin P. King<br>    Colin P. King (*Pro Hac Vice*)<br>    36 South State Street, Suite 2400<br>    Salt Lake City, UT 84111<br>    *Counsel for Plaintiff* | By:   /s/ Chris P. Norton<br>    Christopher P. Norton (*Pro Hac Vice*)<br>    2029 Century Part East, Suite 3100<br>    Los Angeles, CA 90067 |
| ER INJURY ATTORNEYS<br>Corey M. Eschweiler<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147 | SNELL & WILMER, LLP<br>Vaughn A. Crawford, Esq.<br>Dawn L. Davis, Esq.<br>3883 Howard Hughes Pkwy, #1100<br>Las Vegas, NV 89169-5958<br><br>*Attorneys for Defendants*<br>*Stryker Corporation and Stryker Sales*<br>*Corporation.* |
| | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.<br><br>By:   /s/ Mark Crane<br>    Lee J. Hurwitz, Esq. (*Pro Hac Vice*)<br>    Mark Crane, Esq. (*Pro Hac Vice*)<br>    233 S. Wacker Dr., Suite 5500<br>    Chicago, Illinois 60606<br><br>    Peter J. Strelitz, Esq. (*Pro Hac Vice*)<br>    100 Congress Ave., Suite 800<br>    Austin, Texas 78701<br><br>    *Attorneys for Defendant I-Flow, LLC* |

**IT IS SO ORDERED.**

Dated this   4   day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on behalf of DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN that, on the 29th of July 2021, I electronically transmitted the foregoing **STIPULATION TO EXTEND PLAINTIFF'S DEADLINES TO RESPOND TO PENDING MOTIONS IN LIMINE AND MOTIONS FOR SUMMARY JUDGMENT** using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in the above-captioned matter.

                                           */s/ Melissa Tabish*
                                           Melissa Tabish