Corey M. Eschweiler, Esq. (Bar No. 6635)
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
ceschweiler@erinjuryattorneys.com

Colin P. King (UT Bar No. 1815) *(Pro Hac Vice)*
Walter M. Mason (UT Bar No. 16891) *(Pro Hac Vice)*
cking@dkowlaw.com
wmason@dkowlaw.com
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 533-0400
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ryan Q. Claridge<br><br>Plaintiff,<br><br>v.<br><br>I-FLOW CORPORATION, a Delaware corporation; I-FLOW, LLC, a Delaware limited liability company; DJO LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INCORPORATED, aka DJO, INC., a Delaware corporation; STRYKER CORPORATION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br><br>Defendants. | NO. 2:18-cv-01654-GMN-PAL<br><br>**STIPULATION TO EXTEND PENDING DEADLINES AND SETTLEMENT PROCEEDINGS** |

Pursuant to LR 26-3, Plaintiff Ryan Claridge and Defendants I-Flow Corporation, I-Flow, LLC, Stryker Corporation, and Stryker Sales Corporation hereby stipulate to an extension of all deadlines and the scheduled settlement proceedings in the above-captioned matter.

Accordingly, with the Court's consent, **THE PARTIES STIPULATE AND AGREE THAT:**

1. Plaintiff's deadline to file responses to pending motions (ECF Nos. 297, 299, 301, and 302) shall be extended by 90 days from the date hereof.
2. The deadline of October 6, 2021, for the parties to submit confidential written evaluation statements to the Court shall be extended by 90 days from the date hereof.
3. The telephonic conference scheduled to occur on October 12, 2021, shall be vacated and rescheduled no sooner than 90 days after the date hereof.
4. The Settlement Conference scheduled to occur on October 13, 2021, shall be vacated and rescheduled no sooner than 90 days after the date hereof.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| By: /s/ Colin P. King <br> Colin P. King (*Pro Hac Vice*) <br> Walter M. Mason (*Pro Hac Vice*) <br> 36 South State Street, Suite 2400 <br> Salt Lake City, UT 84111 | By: /s/ Chris P. Norton <br> Christopher P. Norton (*Pro Hac Vice*) <br> 2029 Century Part East, Suite 3100 <br> Los Angeles, CA 90067 |
| ER INJURY ATTORNEYS <br> Corey M. Eschweiler <br> 4795 South Durango Drive <br> Las Vegas, Nevada 89147 | SNELL & WILMER, LLP <br> Vaughn A. Crawford, Esq. <br> Dawn L. Davis, Esq. <br> 3883 Howard Hughes Pkwy, #1100 <br> Las Vegas, NV 89169-5958 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Stryker Corporation and Stryker Sales Corporation.* |

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

By:   /s/ Mark Crane
     Lee J. Hurwitz, Esq. *(Pro Hac Vice)*
     Mark Crane, Esq. (*Pro Hac Vice*)
     233 S. Wacker Dr., Suite 5500
     Chicago, Illinois 60606

     Peter J. Strelitz, Esq. *(Pro Hac Vice)*
     100 Congress Ave., Suite 800
     Austin, Texas 78701

    *Attorneys for Defendant I-Flow, LLC*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall file their responses to the pending motions and submit their confidential written evaluation statements no later than January 4, 2022,

**IT IS FURTHER ORDERED** that the Settlement Conference is rescheduled to January 26, 2022, at 9:00 a.m.

Dated this __8__ day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on behalf of DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN that, on the 6th of October 2021, I electronically transmitted the foregoing **STIPULATION TO EXTEND PENDING DEADLINES AND SETTLEMENT PROCEEDINGS** using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in the above-captioned matter.

        /s/ Walter M. Mason
        Walter M. Mason